# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                    **4:17-CR-00200-01-SWW**

**JEREMY DESHUN BRISCOE**

## ORDER

For the reasons set out below, Defendant's Motion for Reconsideration re: Compassionate Release (Doc. No. 89) is DENIED.

## I.  BACKGROUND

On August 20, 2018, Defendant pled guilty to possession with intent to deliver cocaine.[1]  On November 13, 2018, he was sentenced to 151 months in prison.[2]

## II.  DISCUSSION

Although the First Step Act made the procedural hurdles for compassionate release a bit less strenuous, a defendant still must establish "extraordinary and compelling reasons" and that release would not be contrary to the 18 U.S.C.

---

[1] Doc. Nos. 30, 31.

[2] Doc. Nos. 51, 52.

§ 3553(a) factors.[3]

Defendant asserts that he has now exhausted his administrative remedies. Additionally, he contends that the Court failed to consider his cognitive impairments ("Post-Incarceration Syndrome") when previously denying relief. Defendant's "Post-Incarceration Syndrome" is not a "extraordinary and compelling" for release. For the same reasons that were set out in the July 8, 2020 Order, compassionate release is not warranted in this case.[4]

Defendant also argues that he is entitled to compassionate release because he no longer qualifies as a career offender under the Guidelines. This argument is without merit. Defendant's October 23, 2003 conviction for possession with intent to deliver cocaine and September 21, 2007 conviction for sell/delivery of cocaine remain qualifying drug convictions. Accordingly, he remains a career offender under the Guidelines.

---

[3] 18 U.S.C. § 3553(a)(2) mandates that any sentence imposed reflect the seriousness of the offense, afford adequate deterrence, protect the public, and provide the defendant with appropriate rehabilitation.

[4] Doc. No. 87.

## CONCLUSION

For the reasons stated, Defendant's Motion for Reconsideration re: Compassionate Release (Doc. No. 89) is DENIED.

IT IS SO ORDERED, this 17th day of August, 2020.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE
